

**IT IS ORDERED as set forth below:**

Date: October 21, 2020

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| In re: | | CASE NUMBER |
|---|---|---|
| **CIERRA DAVIS**, | | **20-70374-PMB** |
| Debtor. | | CHAPTER 7 |

### ORDER DISMISSING CASE WITH A FINDING
### UNDER 11 U.S.C. § 109(g) WITH PREJUDICE AS TO PRO SE CASES

The above-captioned case was filed *pro se* by the above-named Debtor (the "Debtor") on October 1, 2020. On October 2, 2020 an *Order Regarding the List of Creditors for a Case Filed in Paper Format* was entered, requiring the Debtor to file a list of creditors no later than October 9, 2020 (Docket No. 6). As of the date of the entry of this Order no list of creditors has been filed by the Debtor.[1]

---

[1] The Debtor has also failed to file a statement of financial affairs, completed schedules, a declaration about the Debtor's schedules, a summary of assets and liabilities, a statement of current monthly income, a credit counseling certificate, and pay advices. Additionally, the Debtor has failed to pay the three-hundred thirty-five dollar ($335.00) Chapter 7 filing fee.

After reviewing the Court's records, the Court notes that the Debtor has had numerous previous *pro se* cases dismissed including Case Nos. 19-59946-PMB, 19-67700-PMB, 20-62398-PMB, 20-67547-PMB, and 20-68740-PMB (collectively the "Previous Cases").[2] The Debtor proceeded *pro se* in all of the Previous Cases and all of the Previous Cases were dismissed due to the Debtor's failure to prosecute the case.

11 U.S.C. § 109(g) provides that a debtor is prohibited from filing a new case within one-hundred eighty days of a prior case if that prior case was dismissed for either a failure to abide by court orders or a failure to appear in prosecution of the bankruptcy case. Based on the Debtor's failure to prosecute this case and the history of the Debtor's Previous Cases, the Court finds that the Debtor has failed to prosecute multiple consecutive cases, and therefore this case should be dismissed with prejudice pursuant to a finding under 11 U.S.C. § 109(g). Because the Debtor is *pro se* in this case and was *pro se* in all of the Previous Cases, the Court will permit the Debtor to file another case if represented by counsel.

Accordingly, it is

**ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** and the Debtor is prohibited from filing for bankruptcy under Title 11 of the United States Code for a period of **one-hundred eighty (180) days following entry of this Order**.[3]

2. Paragraph 1 of this Order shall not apply if the Debtor is represented by counsel authorized to practice in this Court in the newly filed case.

---

[2] Case Nos. 19-59946-PMB and 20-62398-PMB were dismissed due to the Debtor's failure to pay the filing fee. Case Nos. 19-67700-PMB, 20-67547-PMB, and 20-68740-PMB were dismissed due to the Debtor's failure to cure a filing deficiency.

[3] If the Debtor files a new *pro se* bankruptcy case within one-hundred eighty (180) days notwithstanding this Order, there will be no automatic stay in that case pursuant to 11 U.S.C. § 362(b)(21) & (c)(4).

The Clerk is directed to serve this Order upon the Debtor, the Chapter 7 Trustee, the United States Trustee, all creditors, and all parties requesting notice in this case.

**[END OF DOCUMENT]**